UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAZZ PHOTO CORP., through its Liquidating Trustee BRIAN T. MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>DREIER LLP, f/k/a DREIER & BARITZ LLP, JOHN CROSSMAN and KAPLAN & GILMAN, L.L.P.,<br><br>    Defendants. | CIVIL ACTION NO. 05-5198 (DRD)<br><br>**ORDER** |

    Defendants having moved pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss that portion of the complaint alleging malpractice for Defendants' failure to argue the prospective-only application of the decision of the Court of Appeals for the Federal Circuit in <u>Jazz v. ITC</u>, and the Court having reviewed the submissions of the parties and having heard the arguments of counsel; and for the reasons set forth in the opinion of even date,

    IT IS on this <u>15th</u> day of March 2006, ORDERED that Defendants' motion is Granted, and that portion of the complaint alleging malpractice for Defendants' failure to argue the prospective-only application of the decision of the Court of Appeals for the Federal Circuit in <u>Jazz v. ITC</u> is hereby dismissed.

 

                                                 /s/ Dickinson R. Debevoise
                                                 Dickinson R. Debevoise, U.S.S.D.J.